972 A.2d 381

IN THE MATTER OF PAUL W. BERGRIN,
AN ATTORNEY AT LAW.

June 16, 2009.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–11, seeking the immediate temporary suspension from practice of **PAUL W. BERGRIN** of **NEWARK,** who was admitted to the bar of this State in 1980, and good cause appearing;

It is ORDERED that **PAUL W. BERGRIN** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **PAUL W. BERGRIN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that the Attorney Trustee appointed for the protection of the assets and files of the law practice of **PAUL W. BERGRIN** shall make the appropriate disbursements from respondent's accounts to those clients and other persons who can be located and whose funds can be identified, and at the conclusion of the trusteeship, the funds remaining in the accounts maintained by respondent pursuant to *Rule* 1:21–6, if any, shall be transferred to the Superior Court Trust Fund, where they shall remain restrained from disbursement pending the further Order of this Court; and it is further

ORDERED that **PAUL W. BERGRIN** comply with *Rule* 1:20–20 dealing with suspended attorneys.